Robert E. Dunn (SBN 275600)
Collin J. Vierra (SBN 322720)
EIMER STAHL LLP
1999 S. Bascom Ave., Suite 1025
Campbell, CA 95008
Telephone: (408) 889-1668
rdunn@eimerstahl.com
cvierra@eimerstahl.com

Daniel D. Birk (*pro hac vice* forthcoming)
Hannah M. Bucher (*pro hac vice*
forthcoming)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 600-7600
dbirk@eimerstahl.com
hbucher@eimerstahl.com

*Attorneys for Defendant Confirm ID, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ryan Murphy*, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>*Confirm ID, Inc.*,<br><br>Defendant. | Case No. 2:24-cv-00527-JAM-JDP<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; ORDER**<br><br>Hon. John A. Mendez |

Plaintiff Ryan Murphy ("Plaintiff") and Defendant Confirm ID, Inc. ("Defendant") (together, the "Parties") by and through their respective Counsel respectfully move this Court for an order approving the Parties' Joint Stipulation for an Extension of Time pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144(a). This is the Parties' first request for an extension of time.

On February 20, 2024, Plaintiff Ryan Murphy commenced this action in this district by filing a complaint with the caption *Ryan Murphy, individually and on behalf of all others similarly situated v. Confirm ID, Inc.*, 2:24-cv-00527. Confirm ID was served with the Complaint on February 28, 2024. Pursuant to Fed. R. Civ. P. 12(a), Confirm ID's answer or response to Plaintiff's complaint is due March 20, 2024. On March 10, 2024, Counsel for Defendant conferred with Counsel for Plaintiff regarding a stipulation for an extension of time. On March 11, 2024, Counsel for the Parties stipulated to the following new deadlines:

a. The filing deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint shall be extended for 33 days, from March 20, 2024, to **April 22, 2024.**

b. The filing deadline for Plaintiff to respond to Defendant's answer or other responsive pleading shall be extended for 32 days, from May 13, 2024, to **June 14, 2024.**

c. The filing deadline for Defendant to reply to Plaintiff's response shall be extended for 14 days, from June 24, 2024, to **July 8, 2024.**

This stipulation for an extension of time is not made for the purpose of delay and no party will be prejudiced by the extension. Accordingly, the Parties respectfully request that the Court enter an order approving the new stipulated deadlines as set forth herein.

STIPULATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Dated: March 12, 2024

**EIMER STAHL LLP**

*/s/ Collin J. Vierra*
Collin J. Vierra

*Counsel for Defendant Confirm ID, Inc.*

**BELIGAN LAW GROUP, LLP**

*/s/ Leah M. Beligan* (as authorized on Mar. 12, 2024)
Leah M. Beligan

*Counsel for Plaintiff Ryan Murphy*

STIPULATION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1

## <u>ORDER</u>

2   For good cause shown, the stipulation to extend the deadlines in this proceeding is hereby

3   approved and the new deadlines as set forth in the Parties' Joint Stipulation for An Extension of Time

4   to Answer or Otherwise Respond to Plaintiff's Complaint shall be amended as follows:

5   a.   The filing deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint

6   shall be **EXTENDED** for 33 days, from March 20, 2024, to **April 22, 2024.**

7   b.   The filing deadline for Plaintiff to respond to Defendant's answer or other responsive

8   pleading shall be **EXTENDED** for 32 days, from May 13, 2024, to **June 14, 2024.**

9   c.   The filing deadline for Defendant to reply to Plaintiff's response shall be **EXTENDED** for

10   14 days, from June 24, 2024, to **July 8, 2024.**

11   IT IS SO ORDERED.

12   Dated: March 14, 2024                     /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
13                                            SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25